586

360 A.2d 642
Commonwealth v. Williamson, Appellant.

Argued June 21, 1976.   Helen H. Cutner, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case is remanded for resentencing to allow credit for time served and judgment of sentence is affirmed as so modified.

360 A.2d 677
Commonwealth ex rel. Anton, Appellant, v. Anton.

Argued June 18, 1976.   Anita B. Brody, with her Duryea, Larzelere & Hepburn, for appellant; No appearance entered nor brief submitted for appellee.

Case remanded for further hearing and testimony.